# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128131(56)

KEVIN MACLACHLAN, Personal
Representative of the Estate of DAVID
MACLACHAN, Deceased,
            Plaintiff-Appellee,

v

CAPITAL AREA TRANSPORTATION
AUTHORITY and JOHN DOE,
            Defendants,
and

CITY OF LANSING,
            Defendant-Appellant.
_____

SC:     128131
CoA:   252221
Ingham CC: 02-1949-NI

On order of the Court, the motion for reconsideration of the order of February 24, 2006 is considered and it is DENIED because it does not appear the order was entered erroneously.

Cavanagh, and Kelly, JJ., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2006

_____
Clerk